**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|     Brown, Crystal G. | |
| | :    16-17977 jkf |
|     Debtor | |
| | : Hearing Date, Time and Place |

> Date: August 31, 2017
> Time: 9:30 AM
> United States Bankruptcy Court
> 900 Market Street
> Philadelphia, PA 19107
> Court Room #3

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

The above-named debtor has filed an objection to the proof of claim you filed in this bankruptcy case.  **Your claim may be reduced, modified, or eliminated.**  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your lawyer must attend **the hearing on the objection, scheduled to be held before the Honorable Jean K. FitzSim on on August 31, 2017, at 9:30 AM, in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107**.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: July 25, 2017

    Attorney for Objector:
    Mitchell J.Prince, Esquire
    John L. McClain & Associates.
    PO Box 123
    Narberth, PA 19072-0123
    Telephone: 1-800-657-7216
    Fax No.:   1-888-857-1967