**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Brown, Crystal G.
        Debtor : 16-17977 jkf

## CERTIFICATE OF SERVICE

    I certify that copies of the **Debtor's Objection to Proof of Claim, proposed Order, and Notice of hearing,** were served upon the trustee and the claimant listed below, by mailing such copies by first class, regular U.S. mail, postage prepaid or by electronic means on  July 25, 2017.

        "/s/"Mitchell J. Prince
        John L. McClain, Esquire
        Mitchell J. Prince, Esquire
        Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Thomas I. Puleo, Esquire, KML Law Group, P.C.

701 Market Street, Suite 5000

Philadelphia, PA 19106

tpuleo@kmllawgroup.com

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106