**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : **Chapter 13**
    **Brown, Crystal G.**

    **Debtor**                               :    16-17977

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE COURT

    The Debtor hereby withdraws the document captioned Objection to Claim Number 2 by Claimant U.S. Bank (Docket No. 21) filed by Debtor's counsel on July 25, 2017 *as resolved*.


Date:  October 12, 2017

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor