**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Brown, Crystal G.
    Debtor : 16-17977

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE**
**DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Chester County Intermediate Unit**
**Educational Service Center**
**455 Boot Road**
**Downingtown, PA 19335**

Re:    **Brown, Crystal G.**
SSN:  xxx-xx-8847

    The future earnings of the above named debtor Brown, Crystal G., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$180.00 for 11 months (Started on 12/15/16), then as of November 15, 2017, the payment shall increase to $326 monthly for a period of 49 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$180.00 for 11 months (Started on 12/15/16), then as of November 15, 2017, the payment shall increase to $326 monthly for a period of 49 months to:**

    William C. Miller, Trustee,  P.O. Box 1799, Memphis, TN  38101-1799

    BY THE COURT: _Magdeline D. Coleman_
                                 JUDGE

Chester County Intermediate Unit                October 13, 2017
Educational Service Center
455 Boot Road
Downingtown, PA 19335

Brown, Crystal G.
967 W Main Street
Coatesville, PA 19320

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123