United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Crystal G. Brown  
      Debtor

Case No. 16-17977-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Oct 13, 2017  
                      Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2017.
```
db             +Crystal G. Brown,   967 W Main Street,    Coatesville, PA 19320-2699
               +Chester County Intermediate Unit,   Educational Service Center,   attn: payroll controller,
                 455 Boot Road,   Downingtown, PA 19335-3043
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 14 2017 01:17:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE10, Asset-Backed Certificates Series 2006-HE10 bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Debtor Crystal G. Brown aaamcclain@aol.com,   edpabankcourt@aol.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE10, Asset-Backed Certificates Series 2006-HE10 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13
    Brown, Crystal G.
    Debtor                         : 16-17977

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Chester County Intermediate Unit**
**Educational Service Center**
**455 Boot Road**
**Downingtown, PA 19335**

Re:  **Brown, Crystal G.**
SSN: xxx-xx-8847

    The future earnings of the above named debtor Brown, Crystal G., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$180.00 for 11 months (Started on 12/15/16), then as of November 15, 2017, the payment shall increase to $326 monthly for a period of 49 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$180.00 for 11 months (Started on 12/15/16), then as of November 15, 2017, the payment shall increase to $326 monthly for a period of 49 months to:**

    William C. Miller, Trustee,  P.O. Box 1799, Memphis, TN  38101-1799

    BY THE COURT:    *Magdeline D. Coleman*
                            JUDGE

Chester County Intermediate Unit                October 13, 2017
Educational Service Center
455 Boot Road
Downingtown, PA 19335

Brown, Crystal G.
967 W Main Street
Coatesville, PA 19320

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123