United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17977-mdc
Crystal G. Brown                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1            Date Rcvd: Oct 25, 2017
                            Form ID: 155            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db           +Crystal G. Brown,   967 W Main Street,   Coatesville, PA 19320-2699

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
      National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
      2006-HE10, Asset-Backed Certificates Series 2006-HE10 bnicholas@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      JOHN L. MCCLAIN    on behalf of Debtor Crystal G. Brown aaamcclain@aol.com,  edpabankcourt@aol.com
      JOHN L. MCCLAIN    on behalf of Plaintiff Crystal G. Brown aaamcclain@aol.com,
      edpabankcourt@aol.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
      National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
      2006-HE10, Asset-Backed Certificates Series 2006-HE10 bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                  TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Crystal G. Brown
        Debtor(s)

Chapter: 13

Bankruptcy No: 16−17977−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 19, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Magdeline D. Coleman
                                      Judge ,
                                      United States Bankruptcy Court

                                                          39
                                                     Form 155