# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                : Chapter 13
    Brown, Crystal G.

      Debtor(s)                                              : 16-17977

          :

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this 3rd day of January 2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Chester County Intermediate Unit to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123


Brown, Crystal G.
967 W Main Street
Coatesville, PA 19320

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Chester County Intermediate Unit
Educational Service Center
455 Boot Road
Downingtown, PA 19335