United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Crystal G. Brown
    Debtor

Case No. 16-17977-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Jan 22, 2018
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2018.
db          +Crystal G. Brown,   967 W Main Street,   Coatesville, PA 19320-2699

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 23 2018 01:53:59    U.S. Attorney Office,
           c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                         TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2018 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
         National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
         2006-HE10, Asset-Backed Certificates Series 2006-HE10 bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         JOHN L. MCCLAIN    on behalf of Debtor Crystal G. Brown aaamcclain@aol.com,   edpabankcourt@aol.com
         JOHN L. MCCLAIN    on behalf of Plaintiff Crystal G. Brown aaamcclain@aol.com,
         edpabankcourt@aol.com
         MATTEO SAMUEL WEINER     on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
         National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
         2006-HE10, Asset-Backed Certificates Series 2006-HE10 bkgroup@kmllawgroup.com
         RICHARD M. BERNSTEIN    on behalf of Defendant    United States Department of Housing and Urban
         Developement richard.bernstein@usdoj.gov,   jackie.brooke@usdoj.gov
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              : Chapter 13
   Brown, Crystal G.

        Debtor                    :  16-17977

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, to wit, this __22nd__ day of __January__, 2018, upon consideration of the "Disclosure of Compensation of Attorney for Debtor" filed and/or the foregoing Motion For allowance of Compensation and Reimbursement of Expenses, IT IS HEREBY

ORDERED that the Motion is hereby granted a total fee of $4,000.00 and $37.41 in expenses and further, the unpaid balance of $3,000.00 of the legal fees and $37.41 in incurred expenses shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Brown, Crystal G.
967 W Main Street
Coatesville, PA 19320