United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-17977-mdc
Crystal G. Brown                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Aug 17, 2018
                              Form ID: pdf900             Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db             +Crystal G. Brown,    967 W Main Street,    Coatesville, PA 19320-2699
13823534       +Chester County Hospital,    PO Box 2701,    W. Chester, PA 19380-0944
13823536       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13823539       +Township of Valley,    c/o Portnoff Law Associates,    2700 Horizon Dr., Ste 100,
                 King of Prussia, PA 19406-2726
13838644       +U.S. Bank, N.A., successor to LaSalle Bank,    on behalf Bear Stearns Trust 2006-HE10,
                 c/o BRIAN CRAIG NICHOLAS,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13825331       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2018 02:16:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2018 02:17:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 02:22:18     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13823537       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 18 2018 02:16:45     Midland Funding,
                 2365 Northside Dr,    Suite 300,   San Diego, CA 92108-2709
13872987       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2018 02:22:31
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13823538       +E-mail/Text: jennifer.chacon@spservicing.com Aug 18 2018 02:17:46
                 Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
13890614        E-mail/Text: jennifer.chacon@spservicing.com Aug 18 2018 02:17:46     U.S. Bank, N.A., et al,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
13823540       +E-mail/Text: janiced@valleytownship.org Aug 18 2018 02:17:00     Valley Township,
                 890 W. Lincoln Highway,    PO Box 467,    Coatesville, PA 19320-0467
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13823535*      +Crystal G. Brown,    967 W Main Street,    Coatesville, PA 19320-2699
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE10, Asset-Backed Certificates Series 2006-HE10 bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOHN L. MCCLAIN    on behalf of Debtor Crystal G. Brown aaamcclain@aol.com, edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Plaintiff Crystal G. Brown aaamcclain@aol.com,
               edpabankcourt@aol.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE10, Asset-Backed Certificates Series 2006-HE10 bkgroup@kmllawgroup.com
              RICHARD M. BERNSTEIN    on behalf of Defendant    United States Department of Housing and Urban
               Developement richard.bernstein@usdoj.gov, jackie.brooke@usdoj.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Virginia           Page 2 of 2           Date Rcvd: Aug 17, 2018
                              Form ID: pdf900          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 7

Case 16-17977-mdc    Doc 60    Filed 08/19/18    Entered 08/20/18 01:01:52    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRYSTAL G. BROWN                                Chapter 13

            Debtor                    Bankruptcy No. 16-17977-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___16th___ day of ___August___, 201 8, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

Debtor:
CRYSTAL G. BROWN

967 W MAIN STREET

COATESVILLE, PA 19320